IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-608-RP |
| MAROLINA OUTDOOR, INC. d/b/a HUK, and KRYPTEK OUTDOOR GROUP, LLC, | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff YETI Coolers, LLC's ("YETI") Notice of Dismissal of Marolina Outdoor, Inc. d/b/a/ HUK ("HUK") Without Prejudice. (Dkt. 9). YETI asks that the Court dismiss all of its claims against HUK without prejudice. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). HUK has not served an answer or a motion for summary judgment. The Court therefore **ORDERS** that YETI's claims against HUK are **DISMISSED WITHOUT PREJUDICE**. All costs shall be taxed to the party incurring them. This order has no effect on YETI's claims against any other defendant to this action.

**SIGNED** on August 3, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE