IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-608-RP |
| MAROLINA OUTDOOR, INC. d/b/a HUK, and KRYPTEK OUTDOOR GROUP, LLC, | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff YETI Coolers, LLC's ("YETI") Notice of Dismissal of Kryptek Outdoor Group, LLC ("Kryptek") With Prejudice. (Dkt. 13). YETI asks that the Court dismiss all of its claims against Kryptek with prejudice. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Kryptek has not served an answer or a motion for summary judgment. YETI's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

The Court therefore **ORDERS** the Clerk of Court to **CLOSE** this action.

**SIGNED** on August 28, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE